# Court of Appeals
# of the State of Georgia

ATLANTA,___July 20, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2009.  DANNY EDWARD DELONEY v. THE STATE.**

Danny Edward Deloney pled guilty to multiple offenses, including felony murder.  Subsequently, Deloney filed a motion to withdraw his guilty plea, motion for out-of-time appeal, and motion to vacate void sentence. The trial court denied Deloney's motions, and he filed this direct appeal. We lack jurisdiction.

In *State v. Murray*, 286 Ga. 258 (687 SE2d 790) (2009), the Supreme Court held that "[i]f the underlying action is a murder case, this Court has jurisdiction of the appeal, regardless of whether the order being appealed is based on facts having some bearing on the underlying criminal trial." Id. at 259 (1). See also *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases. . . ."). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____07/20/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*